UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2026

-----------------------------------------------------------------------X

THE MORGANTI GROUP, INC.,

                Plaintiff,

      -v-

ZURICH AMERICAN INSURANCE COMPANY,

                Defendant.

-----------------------------------------------------------------------X

25-cv-3924 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 25, 2025, the Court issued an order staying this action.  Dkt. No. 23.  By July 6, 2026, and continuing every ninety days thereafter if the stay is not lifted, the parties shall file a letter with the Court regarding the status of the case.

SO ORDERED.

Dated: June 24, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge